KYLE SCHUMACHER (BAR #282427)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Lisa M. Labelle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Lisa M. Labelle**,**<br><br>          Plaintiff,<br><br>     v.<br><br>Equifax Information Services, LLC; First Bank & Trust; The Bank of Missouri; and DOES 1 through 100 inclusive,<br><br>          Defendant. | CASE NO.  5:22-cv-383<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Lisa M. Labelle and defendant Equifax Information Services, LLC, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 60 days once the settlement is finalized.

**SCHUMACHER LANE PLLC**

Dated:  April 30, 2022          By:     */s/ Kyle W. Schumacher*
                                          Kyle W. Schumacher
                                          Attorney for Plaintiff